UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HESSENN GROUP, LLC, | No. 2:24-cv-00794-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| INNERSCOPE HEARING TECHNOLOGIES, INC., et al., | |
| Defendants. | |

    Presently pending before the court is Plaintiff Hessenn Group, LLC's motion for default judgment against Defendant InnerScope Hearing Technologies, Inc., which was filed on August 2, 2024 and which is set for hearing for September 11, 2024. (ECF No. 11.) Under Local Rule 230(c), Defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. August 16, 2024. Although that deadline has passed, no opposition or statement of non-opposition was filed.

    Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides Defendant one additional, final opportunity to oppose the motion.

    Accordingly, IT IS HEREBY ORDERED that:

1. The September 11, 2024 hearing on Plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral

1

argument, pursuant to Local Rule 230(g).  The court will reschedule a hearing at a future date, if necessary;

2. Any opposition by Defendant shall be filed no later than September 9, 2024, and the reply brief from plaintiff, if any, is due by September 16, 2024;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it; and

4. Plaintiff shall promptly serve a copy of this order on Defendant at it's last-known address, and file a proof of service with the court.

Dated:  August 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, hess0794.24