UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HESSENN GROUP LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>INNERSCOPE HEARING TECHNOLOGIES, INC.,<br><br>            Defendant. | No.  2:24-cv-00794-KJM-CKD<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING<br><br>(ECF No. 16) |

Plaintiff Hessenn Group LLC moves the Court for default judgment against defendant InnerScope Hearing Technologies, Inc. ("InnerScope").[1] (ECF No. 16.) Specifically, plaintiff seeks a default judgment against defendant for breach of contract and account stated.

On March 15, 2024, plaintiff filed a complaint against defendant for breach of contract and account stated. (ECF No. 1.) Plaintiff alleges that plaintiff and defendant entered into a contractual relationship during September 2020. (*Id.* at ¶ 5.) Plaintiff was to provide goods to defendant. (*Id.*) Plaintiff alleges that it did supply goods to defendant and issued invoices for the goods. (*Id.* at ¶ 6.) Plaintiff states the defendant failed to pay the amounts due pursuant to the invoices. (*Id.* at ¶ 7.) Plaintiff alleges that it issued a demand letter to defendant on January 22,

---

[1] This motion is referred to the undersigned pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1)(A).

1

1  2024, and that defendant did not pay. (*Id.* at ¶ 8.) Plaintiff seeks payment pursuant to the invoices
2  and storage fees to store the products. (*Id.* at ¶ 9.)

3  The Court has reviewed plaintiff's complaint and motion for default judgment. However,
4  the Court does not have enough information to rule on the motion for default. First, plaintiff has
5  alleged that the parties "entered into a contractual relationship" in September 2020. (*Id.* at ¶ 5.)
6  Plaintiff alleges that "[p]ursuant to this agreement" plaintiff provided goods to defendant and
7  issued invoices. (*Id.* at ¶ 6.) Plaintiff attached to the complaint the allegedly unpaid invoices;
8  however, plaintiff has not provided the Court with the actual "agreement." If the parties signed a
9  written agreement regarding the goods at issue, plaintiff is ordered to submit this agreement to the
10 Court. If the parties did not enter into a written agreement, plaintiff is ordered to describe the
11 nature of the agreement.

12 Second, plaintiff stated that it performed its obligations under the contract by "supplying
13 the goods and issuing corresponding invoices." (*Id.* at ¶ 13.) But plaintiff is also seeking storage
14 fees, presumably to store some or all of the goods at issue. Plaintiff is ordered to inform the Court
15 which goods, if any, were delivered to defendant and which goods were stored, and for how long.

16 Third, plaintiff has included a summary of unpaid invoices in the complaint. (*Id.* at ¶ 7.) It
17 appears that invoice numbers HS-20221206INNS and HS-20230710INNS have been partially
18 paid (*see id.*), but this is not reflected on the actual invoices attached to the complaint (*see* ECF
19 No. 1-1 at 2, 15). Plaintiff is ordered to inform the Court whether any payments regarding any of
20 the outstanding invoices have been received from defendant.

21 **ORDER**

22 Plaintiff is ORDERED to submit a supplemental brief to the Court in accordance with the
23 above within seven (7) days.

24 Dated: May 7, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

27 5, hess.0794.24

2