UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HESSENN GROUP LLC, | No. 2:24-cv-00794-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| INNERSCOPE HEARING TECHNOLOGIES, INC., | |
| Defendant. | |

On June 3, 2025, the magistrate judge filed findings and recommendations (ECF No. 21), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 21). No objections were filed and the time to do so has passed.

The court notes that the findings and recommendations address plaintiff's amended motion for default judgment (ECF No. 16). However, the Conclusion states that the initial motion (ECF No. 11) is denied without prejudice. (*See* ECF No. 21 at 7). Accordingly, the court writes separately to clarify that the findings and recommendations are intended to address plaintiff's amended motion for default judgment at ECF No. 16.

In accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings

and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

      Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL; and
2. Plaintiff's amended motion for default judgment (ECF No. 16) is denied without prejudice.
3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

SO ORDERED.

DATED: July 28, 2025.

                                          UNITED STATES DISTRICT JUDGE