UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HESSENN GROUP LLC,

Plaintiff,

v.

INTERSCOPE HEARING TECHNOLOGIES, INC.,

Defendant.

No. 2:24-cv-00794-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT IN PART AND DENYING IN PART

(Doc. Nos. 25, 30)

Before the court is plaintiff's motion for default judgment. (Doc. No. 25.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On March 19, 2025, the assigned magistrate judge issued amended findings and recommendations recommending that plaintiff's motion for entry of default judgment be granted. (Doc. No. 30.) Specifically, the magistrate judge concluded that the court has subject matter jurisdiction over this action by way of diversity of citizenship (28 U.S.C. § 1332), the court has personal jurisdiction over the defendant due to its principal place of business being in Roseville, CA, defendant was properly served in this action, and under the applicable legal standards plaintiff was entitled to default judgment against defendant as to identified aspects of its breach of contract and account stated claims asserted in this action. (*Id.* at 3–10.) In this regard, the

magistrate judge found that plaintiffs were entitled to judgment only as to those claims with respect to the transactions that took place on December 6, 7, & 9, 2022, February 6, 2023, March 2, 2023, and April 11, 2023 in the total amount of $1,278,175.81. (*Id.* at 7–8, 10.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 14.) Defendant has failed to appear in this action and therefore has filed no objections. In addition, no objections to the pending findings and recommendations have been filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 19, 2026 (Doc. No. 30), are adopted in full;
2. Plaintiff's motion for default judgment (Doc. No. 25) is granted in part and denied in part,
3. Judgment shall be entered in favor of plaintiff Hessenn Group LLC, and against defendant InnerScope Hearing Technologies, Inc. for breach of contract and account stated with respect to the transactions that took place between the parties on December 6, 7, & 9, 2022, February 6, 2023, March 2, 2023, and April 11, 2023, in the total amount of $1,278.175.81.
4. The Clerk of the Court is directed to enter judgment in favor of plaintiff as stated above and to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE